| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>DAVID A. KASEN, ESQUIRE (DK1778)<br>KASEN & KASEN, P.C.<br>1874 E. Marlton Pike, Suite 3<br>Cherry Hill, NJ 08003<br>Telephone (856) 424-4144<br>Fax (856) 424-7565<br>Attorneys for Debtor |
| In the Matter of:<br><br>RONALD BRODIE,<br>      Debtor. |

Order Filed on July 3, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 11

Case No.: 19-21672

Hearing Date: TBD

Judge: TBD

## ORDER AUTHORIZING RETENTION OF KASEN & KASEN, P.C.

The relief set forth on the following page is **ORDERED**.

**DATED: July 3, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain __Kasen & Kasen, P.C.__ as __Attorneys for the above-captioned debtor in possession__, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is:    Kasen & Kasen, P.C.

    Society Hill Office Park

    1874 E. Marlton Pike, Suite 3

    Cherry Hill, NJ 08003

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the above-captioned bankruptcy case was filed.

2