|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>DAVID A. KASEN, ESQUIRE (DK1778)<br>KASEN & KASEN, P.C.<br>1874 E. Marlton Pike, Suite 3<br>Cherry Hill, NJ 08003<br>Telephone (856) 424-4144<br>Fax (856) 424-7565<br>Attorneys for Debtor | **Order Filed on July 3, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In the Matter of:<br><br>RONALD BRODIE,<br><br>                   Debtor. | Chapter 11<br><br>Case No.: 19-21672/ABA<br><br>Hearing Date: TBD<br><br>Judge: Altenburg |

## ORDER AUTHORIZING RETENTION OF WEICHERT REALTORS

The relief set forth on the following page is **ORDERED**.

**DATED: July 3, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain   Weichert Realtors   as   Realtors for the above-captioned debtor in possession  , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is:    Weichert Realtors

   202 West Main Street

   Moorestown, NJ 08057

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the above-captioned bankruptcy case was filed.

5. Pursuant to D.N.J.LBR 2016-1(d) entitled "Exemption for Certain Real Estate Brokers", which states "a real estate broker who is retained under Local Bankruptcy Rule 2014-1 and whose fees and expenses are approved in an order authorizing the sale of property and payment of certain professional persons at closing under Local Bankruptcy Rule 6004-5 is exempt from this rule", Weichert Realtors shall be paid from the proceeds of sale at closing the sum of $24,100.00 as its commission and the cooperating broker for the buyer, Lenny Vermaat and Leonard, Inc., shall be paid as its commission $19,700.00.