UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
DAVID A. KASEN, ESQUIRE (DK1778)
KASEN & KASEN, P.C.
1874 E. Marlton Pike, Suite 3
Cherry Hill, NJ 08003
Telephone (856) 424-4144
Fax (856) 424-7565
Attorneys for Debtor

Order Filed on July 3, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In the Matter of:

RONALD BRODIE,

      Debtor.

Chapter 11

Case No.: 19-21672

Hearing Date: TBD

Judge: TBD

## ORDER AUTHORIZING RETENTION OF KASEN & KASEN, P.C.

The relief set forth on the following page is **ORDERED**.

**DATED: July 3, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain ___Kasen & Kasen, P.C.___ as ___Attorneys for the above-captioned debtor in possession___, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is:    Kasen & Kasen, P.C.

   Society Hill Office Park

   1874 E. Marlton Pike, Suite 3

   Cherry Hill, NJ 08003

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the above-captioned bankruptcy case was filed.

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-21672-ABA
Ronald Brodie                                                             Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1           Date Rcvd: Jul 03, 2019
                               Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 05, 2019.
db            #+Ronald Brodie,    810 Joshua Court,   Moorestown, NJ 08057-3830
aty            +Kasen & Kasen,    1874 E Marlton Pike,   Cherry Hill, NJ 08003-2044

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 3, 2019 at the address(es) listed below:
              Daniel F. Corrigan    on behalf of Creditor    Noble Opportunity Fund II, LP
               dcorrigan@windelsmarx.com, mslama@windelsmarx.com
              David A. Kasen    on behalf of Debtor Ronald   Brodie dkasen@kasenlaw.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              Joel R. Glucksman    on behalf of Creditor    Landmark IAM Growth Capital, LP jglucksman@sh-law.com,
               rjoyce@sh-law.com
              Joel R. Glucksman    on behalf of Creditor    Landmark Growth Capital Partners, LP
               jglucksman@sh-law.com, rjoyce@sh-law.com
              Kevin Gordon McDonald    on behalf of Creditor    BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7