UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
DAVID A. KASEN, ESQUIRE
KASEN & KASEN, P.C.
Society Hill Office Park, Suite 3
1874 E. Marlton Pike
Cherry Hill, NJ  08003
Telephone (856) 424-4144
Fax (856) 424-7565
Attorneys for Debtor
ID# DK1778

**Order Filed on July 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

RONALD BRODIE,

                    Debtor.

Case No.: 19-21672/ABA

Hearing Date:  7/12/19
Judge: Altenburg

**CONSENT ORDER AUTHORIZING SALE OF DEBTOR'S INTEREST IN
810 JOSHUA COURT, MOORESTOWN, NEW JERSEY FREE AND
CLEAR OF ALL LIENS AND ENCUMBRANCES PURSUANT TO
§ 363(f) OF THE BANKRUPTCY CODE**

      The relief set forth on the following pages, numbered two (2) through four (4) is
hereby **ORDERED**.

**DATED: July 19, 2019**

_____
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case No.:    19-21672/ABA
Debtor(s):    Ronald Brodie
Caption of Order: **CONSENT ORDER AUTHORIZING SALE OF DEBTOR'S INTEREST IN  810 JOSHUA COURT, MOORESTOWN, NEW JERSEY FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES PURSUANT TO § 363(f) OF THE BANKRUPTCY CODE**

THIS MATTER having been opened to the Court by David A. Kasen, Esquire, of Kasen & Kasen, attorneys for the above-named debtor, pursuant to a Motion to Sell Debtor's Interest in 810 Joshua Court, Moorestown, New Jersey Free and Clear of All Liens and Encumbrances Pursuant to § 363(f) of the Bankruptcy Code, and opposition to the Motion having been filed by Landmark Growth Capital Partners, L.P. and Landmark IAM Growth Capital, L.P. and by the United States Trustee and the objections having been resolved by this Consent Order and as a result of this Consent Order, the Court having found that the second mortgagee, 2EE, LLC, consents to the sale in accordance with the terms of this Consent Order and that the requirements of § 363(f) have been met, and for good cause shown;

IT IS HEREBY ORDERED that the debtor may sell his interest in 810 Joshua Court, Moorestown, New Jersey owned by the debtor and his wife as tenants by the entirety, free and clear of all liens and encumbrances, pursuant to § 363(f) of the Bankruptcy Code.

IT IS FURTHER ORDERED that from the proceeds of sale, the debtor shall pay the amount due and owing to the Bank of America, which holds a first mortgage lien on the property, in order to satisfy the obligation in full.

IT IS FURTHER ORDERED that the second mortgage holder, 2EE, LLC, has agreed to give the Debtor and his wife a consensual discharge of mortgage on 810 Joshua Court, Moorestown, New Jersey.

Case No.:        19-21672/ABA
Debtor(s):      Ronald Brodie
Caption of Order: **CONSENT ORDER AUTHORIZING SALE OF DEBTOR'S
INTEREST IN  810 JOSHUA COURT, MOORESTOWN, NEW JERSEY FREE
AND CLEAR OF ALL LIENS AND ENCUMBRANCES PURSUANT TO § 363(f)
OF THE BANKRUPTCY CODE**

IT IS FURTHER ORDERED that from the proceeds of sale, the debtor shall pay

all ordinary and reasonable costs of closing, including outstanding real estate taxes.

IT IS FURTHER ORDERED that the debtor shall pay from the proceeds of sale

the realtors' commissions that are due pursuant to the Agreement of Sale, namely to the

sellers' broker, Weichert Realtors, the sum of $24,750.00, and to the buyers' broker,

Lenny, Vermaat & Leonard, the sum of $19,750.00.

IT IS FURTHER ORDERED from the proceeds of sale that the Debtor and his

wife shall escrow with the title company the sum of $70,000.00 to complete and pay for a

replacement of the private septic system, which is a condition of sale between the Debtor

and his wife as sellers and the buyers.

IT IS FURTHER ORDERED that from the net proceeds of sale the Debtor's wife

shall be entitled to the reimbursement of the sum of $14,000.00 representing the cost of a

roof replacement, which was a condition of sale between the Debtor and his wife as and

the buyers.

IT IS FURTHER ORDERED that 2EE, LLC, the second mortgagee, on the one

hand and Landmark Growth Capital Partners, L.P. and Landmark IAM Growth Capital,

L.P. on the other hand shall split the remaining proceeds of sale equally.

IT IS FURTHER ORDERED that if there is a remainder in the escrow account

after payment of the contractor to replace the private septic system, that remainder shall

be split equally between 2EE, LLC on the one hand and Landmark Growth Capital

Partners, L.P. and Landmark IAM Growth Capital, L.P. on the other hand.

3

Case No.:        19-21672/ABA
Debtor(s):      Ronald Brodie
Caption of Order: **CONSENT ORDER AUTHORIZING SALE OF DEBTOR'S
INTEREST IN  810 JOSHUA COURT, MOORESTOWN, NEW JERSEY FREE
AND CLEAR OF ALL LIENS AND ENCUMBRANCES PURSUANT TO § 363(f)
OF THE BANKRUPTCY CODE**


        IT IS FURTHER ORDERED that the fourteen day stay of this Order authorizing

the sale of property is waived.



We hereby consent to the form and entry of the within Consent Order.



KASEN & KASEN, Attorneys for Ronald Brodie, Debtor

*/s/ David A. Kasen*
By: DAVID A. KASEN, ESQ.


*/s/ Patricia Brodie*
By: PATRICIA BRODIE


NEHMAD PERILLO DAVIS AND GOLDSTEIN, Attorneys for 2EE, LLC

*/s/ Eric S. Goldstein*
By: ERIC S. GOLDSTEIN, ESQ.


SCARINCI & HOLLENBECK, Attorneys for Landmark Growth Capital Partners, L.P.
and Landmark IAM Growth Capital, L.P.

*/s/ Joel R. Glucksman*
By: JOEL R. GLUCKSMAN, ESQ.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-21672-ABA
Ronald Brodie                                                       Chapter 11
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1          Date Rcvd: Jul 19, 2019
                             Form ID: pdf903           Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2019.
db              #+Ronald Brodie,    810 Joshua Court,    Moorestown, NJ 08057-3830
aty              +Kasen & Kasen,    1874 E Marlton Pike,    Cherry Hill, NJ 08003-2044

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0


        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2019 at the address(es) listed below:
          Daniel F. Corrigan    on behalf of Creditor    Noble Opportunity Fund II, LP
           dcorrigan@windelsmarx.com,   mslama@windelsmarx.com
          David A. Kasen     on behalf of Debtor Ronald  Brodie dkasen@kasenlaw.com
          Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
           jeffrey.m.sponder@usdoj.gov
          Joel R. Glucksman    on behalf of Creditor    Landmark IAM Growth Capital, LP jglucksman@sh-law.com,
           rjoyce@sh-law.com
          Joel R. Glucksman    on behalf of Creditor    Landmark Growth Capital Partners, LP
           jglucksman@sh-law.com,   rjoyce@sh-law.com
          Kevin Gordon McDonald    on behalf of Creditor    BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                        TOTAL: 7