| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>DAVID A. KASEN, ESQUIRE<br>KASEN & KASEN, P.C.<br>Society Hill Office Park, Suite 3<br>1874 E. Marlton Pike<br>Cherry Hill, NJ  08003<br>Telephone (856) 424-4144<br>Fax (856) 424-7565<br>Attorneys for Debtor<br>ID# DK1778 | Order Filed on August 23, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>RONALD BRODIE,<br><br>                              Debtor. | Case No.:  19-21672/ABA<br><br>Hearing Date:  7/12/19 Judge:  Altenburg |

**CONSENT ORDER AUTHORIZING MODIFICATION
OF ORDER AUTHORIZING SALE OF DEBTOR'S INTEREST IN 810 JOSHUA
COURT, MOORESTOWN, NEW JERSEY FREE AND CLEAR OF ALL LIENS
AND ENCUMBRANCES PURSUANT TO § 363(1) OF THE BANKRUPTCY CODE**

The relief set forth on the following pages, numbered two (2) through four (4) is hereby

**ORDERED.**

                                                Honorable Andrew B. Altenburg, Jr.
                                                United States Bankruptcy Court

**DATED: August 23, 2019**

                                                *[signature]*
                                                Honorable Andrew B. Altenburg, Jr.
                                                United States Bankruptcy Court

Case No.: 19-21672/ABA
Debtor(s): Ronald Brodie
Caption of Order: **CONSENT ORDER AUTHORIZING MODIFICATION OF ORDER AUTHORIZING SALE OF DEBTOR'S INTEREST IN 810 JOSHUA COURT, MOORESTOWN, NEW JERSEY FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES PURSUANT TO § 363(f) OF THE BANKRUPTCY CODE**

WHEREAS, THIS MATTER was originally opened to the Court by David A. Kasen, Esquire, of Kasen & Kasen, attorneys for the above-named debtor, pursuant to a Motion to Sell Debtor's Interest in 810 Joshua Court, Moorestown, New Jersey Free and Clear of All Liens and Encumbrances Pursuant to § 363(f) of the Bankruptcy Code, and opposition to the Motion having been filed by Landmark Growth Capital Partners, L.P. and Landmark IAM Growth Capital, L.P. and by the United States Trustee and the objections having been resolved; and

WHEREAS, the Court having approved, on July 19, 2019, a Consent Order (the "Consent Order") authorizing sale of Debtor's interest in 810 Joshua Court, Moorestown, New Jersey (the "Moorestown Property") free and clear of all liens and encumbrances pursuant to § 363 of the Bankruptcy Code; and

WHEREAS, the Debtor, and his wife Patricia J. Brodie (collectively, "Sellers") entered into an Agreement of Sale dated April 17, 2019 (the "Agreement of Sale") to sell the Moorestown Property to William Richard Smith and Stephanie Smith (collectively, "Buyers"). Thereafter, the Buyers made an earnest money deposit in the amount of Ten Thousand Dollars (the "Deposit") pursuant to the Agreement of Sale. The Deposit is being held by Weichert, Realtors; and

WHEREAS, the Sellers and Buyers have: (i) determined that the Agreement of Sale cannot be consummated and that the Agreement should be terminated; and (ii) executed the Release to the Contract for Sale and Release of Earnest Money Deposit (the "Release"), attached hereto as Exhibit A, providing for the termination of the Agreement of Sale and return of the Deposit to the Buyers;

Case No.: 19-21672/ABA
Debtor(s): Ronald Brodie
Caption of Order: **CONSENT ORDER AUTHORIZING MODIFICATION OF ORDER AUTHORIZING SALE OF DEBTOR'S INTEREST IN 810 JOSHUA COURT, MOORESTOWN, NEW JERSEY FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES PURSUANT TO § 363(f) OF THE BANKRUPTCY CODE**

WHEREAS, the termination of the Agreement of Sale will enable the Sellers to pursue a sale with a new buyer and, all parties to the Consent Order, as well as the Buyers, have approved this Consent Order.

IT IS HEREBY ORDERED that the Release is hereby approved.

IT IS FURTHER ORDERED that the Deposit shall be returned to the Buyers in accordance with the Release.

IT IS FURTHER ORDERED that with the exception of the foregoing provisions, all other terms of the Consent Order shall remain in full force and effect.

We hereby consent to the form and entry of the within Consent Order.

KASEN & KASEN, Attorneys for Ronald Brodie, Debtor

*/s/ David A. Kasen*
By: DAVID A. KASEN, ESQ.


*/s/ Patricia Brodie*
By: PATRICIA BRODIE


*/s/ Stephanie Smith*
Stephanie Smith


*/s/ William Richard Smith*
William Richard Smith

08/22/2019 SL1 1598855v1 000000.00000

Case No.: 19-21672/ABA
Debtor(s): Ronald Brodie
Caption of Order: **CONSENT ORDER AUTHORIZING MODIFICATION OF ORDER AUTHORIZING SALE OF DEBTOR'S INTEREST IN 810 JOSHUA COURT, MOORESTOWN, NEW JERSEY FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES PURSUANT TO § 363(f) OF THE BANKRUPTCY CODE**

NEHMAD PERILLO DAVIS AND GOLDSTEIN, Attorneys for 2EE, LLC


*/s/ Eric S. Goldstein*
By: ERIC S. GOLDSTEIN, ESQ.


SCARINCI & HOLLENBECK, Attorneys for Landmark Growth Capital Partners, L.P. and Landmark IAM Growth Capital, L.P.


*/s/ Joel R. Glucksman*
By: JOEL R. GLUCKSMAN, ESQ.

08/22/2019 SL1 1598855v1 000000.00000