UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                              :    Case No.:      _____
                                                    :
                                                    :    Adv. No.:      _____
                                                    :
                                                    :    Judge:         _____
                                                    :
       Debtor (s),                                  :
_____  :    Chapter:       _____


# NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _____, United States Bankruptcy Judge.

**Reason for Hearing:**           _____
                                  _____
                                  _____

**Location of Hearing:**          Courtroom No. _____
                                  _____
                                  _____
                                  _____

**Date and Time:**                _____,
                                  or as soon thereafter as counsel may be heard.


**COURT APPEARANCES:**     _____  **ARE REQUIRED**     _____  **ARE NOT REQUIRED**


DATED:       _____            JAMES J. WALDRON, Clerk


# CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____, 20 ___ the foregoing notice was served on the following:




JAMES J. WALDRON, Clerk

*Last revised 10-15-03  jml*