Form 169 – ntccovert

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19−21672−ABA
Chapter:  11
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ronald Brodie
   810 Joshua Court
   Moorestown, NJ 08057

Social Security No.:
   xxx−xx−3854

Employer's Tax I.D. No.:

## NOTICE OF HEARING
## ON APPLICATION/MOTION TO CONVERT CASE

   An application/motion to convert the above−captioned case from Chapter 11 to Chapter 7, has been filed by Jeffrey Sponder, US Trustee.

   Notice is hereby given that the Court will conduct a hearing on this matter to determine the application/motion for conversion on November 5, 2019 at 10:00am before the Honorable Andrew B. Altenburg Jr. on:

Date:           November 5, 2019
Time:            10:00 AM
Location:     Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067


Dated: October 2, 2019
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-21672-ABA
Ronald Brodie                                                           Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                Page 1 of 2                 Date Rcvd: Oct 02, 2019
                               Form ID: 169               Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2019.
```
db          #+Ronald Brodie,    810 Joshua Court,    Moorestown, NJ 08057-3830
aty          +Kasen & Kasen,    1874 E Marlton Pike,    Cherry Hill, NJ 08003-2044
cr           +Landmark Growth Capital Partners, LP,    c/o Joel R. Glucksman, Esq.,
               Scarinci & Hollenbeck, LLC,    1100 Valley Brook Avenue,
               Scarinci & Hollenbeck, LLC, 1100 Valley,    Lyndhurst, NJ 07071-3620
cr           +Landmark IAM Growth Capital, LP,    c/o Joel R. Glucksman, Esq.,    Scarinci & Hollenbeck, LLC,
               1100 Valley Brook Avenue,    Scarinci & Hollenbeck, LLC, 1100 Valley,
               Lyndhurst, NJ 07071-3620
cr           +Noble Opportunity Fund II, LP,    1817 Olde Homestead Lane,    Suite 101,
               Lancaster, PA 17601-6751
r            +Weichert Realtors,    202 W. Main Street,    Moorestown, NJ 08057-2326
518296086    +2EE LLC,    2 Bala Plaza,    Suite 503,    Bala Cynwyd, PA 19004-1514
518296089    +AT & T Universal Card,    6716 Grade Lane,    Building 9, Suite 910,    Louisville, KY 40213-3410
518296088    +American Express,    P.O. Box 650448,    Dallas, TX 75265-0448
518322535     American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
               Malvern  PA 19355-0701
518341069    +BANK OF AMERICA, N.A.,    KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,
               Westmont, NJ 08108-2812
518296091    +Bank of America,    P.O. Box 15019,    Wilmington, DE 19850-5019
518296090    +Bank of America,    P.O. Box 31785,    Tampa, FL 33631-3785
518424842     Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
518296092    +Bank of America, N.A.,    c/o Brian Moynihan, Chairman & CEO,    100 North Tryon Street,
               NC1-007-56-11,    Charlotte, NC 28255-0001
518296094    +Credit Junction,    132 West 31st St.,    Suite 1301,    New York, NY 10001-3436
518296095    +Crider Avenue Properties, LLC,    360 Crider Ave.,    Moorestown, NJ 08057-1239
518296097    +Flaster Greenberg, P.C.,    Attn: Managing Member,    1810 Chapel Ave. West,
               Cherry Hill, NJ 08002-4618
518296098     Ford Motor Credit,    P.O. Box 65057,    Dallas, TX 75265
518296100    +Landmark Growth Capital Partners LP,    Attn: President,    10 Mill Pond Lane,
               Simsbury, CT 06070-2429
518296099    +Landmark Growth Capital Partners LP,    c/o Scarinci & Hollenback, LLC,    1100 Valley Brook Ave.,
               Bo 790,    Lyndhurst, NJ 07071-3620
518296102    +Landmark Iam Growth Capital LP,    Attn: President,    10 Mill Pond Lane,
               Simsbury, CT 06070-2429
518296101    +Landmark Iam Growth Capital LP,    c/o Scarinci & Hollenback LLC,    1100 Valley Brook Ave.,
               Box 790,    Lyndhurst, NJ 07071-3620
518296105   #+NW Sign Industries, Inc.,    360 Crider Ave.,    Moorestown, NJ 08057-1239
518296103    +Noble Opportunity Fund II L.P.,    c/o Windels Marx Lane & Mittendorf LLP,
               Attn: Mark Slama, Esquire,    120 Albany Street Plaza,    New Brunswick, NJ 08901-2163
518296104    +Noble Opportunity Fund II L.P.,    Attn: President,    Suite 101,    1817 Old Homestead Lane,
               Lancaster, PA 17601-6751
518296106   #+Patricia J. Brodie,    810 Joshua Court,    Moorestown, NJ 08057-3830
518296107    +SGF Credit Partners,    1541 Ocean Ave., Suite 200,    Santa Monica, CA 90401-2104
518411209   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
               PO Box 245,    Trenton, NJ 08695-0245)
518318224   #+William and Stephanie Smith,    401 Hawthorne Road,    Pittsburgh, PA 15209-1701
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: cio.bncmail@irs.gov Oct 03 2019 00:28:37     Dist Dir of IRS,
               Insolvency Function,    PO Box 724,    Springfield, NJ  07081-0724
smg           E-mail/Text: usanj.njbankr@usdoj.gov Oct 03 2019 00:29:25     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 03 2019 00:29:20     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
518415655     E-mail/Text: ally@ebn.phinsolutions.com Oct 03 2019 00:28:20     Ally Financial Lease Trust,
               PO Box 130424,    Roseville MN 55113-0004
518296087    +E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2019 00:31:45
               Amazon Prime Store Card/Syncrony Bank,    P.O. Box 960013,    Orlando, FL 32896-0013
518296093    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 03 2019 00:32:46     Capital One,
               6125 Lakeview Rd.,    Suite 800,    Charlotte, NC 28269-2605
518364818    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 03 2019 00:33:16
               Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518296096    +E-mail/Text: mrdiscen@discover.com Oct 03 2019 00:28:21     Discover,    P.O. Box 6103,
               Carol Stream, IL 60197-6103
518328293     E-mail/Text: mrdiscen@discover.com Oct 03 2019 00:28:21     Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
518410098     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 03 2019 00:32:55
               Portfolio Recovery Associates, LLC,    c/o At&t,    POB 41067,    Norfolk VA 23541
518298496    +E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2019 00:31:48     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 11
```

```
District/off: 0312-1          User: admin             Page 2 of 2              Date Rcvd: Oct 02, 2019
                              Form ID: 169            Total Noticed: 41

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518322536*       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                   Malvern   PA 19355-0701
518322537*       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                   Malvern   PA 19355-0701
518325434*       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                   Malvern   PA 19355-0701
518323368*      +Department of Treasury,    Internal Revenue Service,    P O Box 7346,
                   Philadelphia, PA 19101-7346
518386387*       Internal Revenue Service,    PO Box 7346,   Philadelphia, PA   19101-7346
                                                                                               TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2019 at the address(es) listed below:
              Daniel F. Corrigan    on behalf of Creditor    Noble Opportunity Fund II, LP
               dcorrigan@windelsmarx.com, mslama@windelsmarx.com
              David A. Kasen    on behalf of Debtor Ronald  Brodie dkasen@kasenlaw.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              Joel R. Glucksman    on behalf of Creditor    Landmark IAM Growth Capital, LP jglucksman@sh-law.com,
               rjoyce@sh-law.com
              Joel R. Glucksman    on behalf of Creditor    Landmark Growth Capital Partners, LP
               jglucksman@sh-law.com, rjoyce@sh-law.com
              John C. Kilgannon    on behalf of Creditor William R Smith jck@stevenslee.com
              John C. Kilgannon    on behalf of Creditor Stephanie  Smith jck@stevenslee.com
              Kevin Gordon McDonald    on behalf of Creditor    BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 9
```