UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE
REGION 3
Jeffrey M. Sponder, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: jeffrey.m.sponder@usdoj.gov

In Re:

Ronald Brodie,

                        Debtor.

Order Filed on October 3, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-21672

Chapter: 11

Judge: ABA

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following page is **ORDERED**.

**DATED: October 3, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the application of ___the Acting United States Trustee___ for the reduction of time for a hearing on ___the Motion of the Acting United States Trustee for an Order Converting, or in the Alternative, Dismissing the Case___ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on ___Thursday, October 10, 2019___ at ___10:00 am___ in the United States Bankruptcy Court, ___400 Cooper Street, Camden, New Jersey___, Courtroom No. ___4B___.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Debtor and all parties that have filed a Notice of Appearance

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☒ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within ___1___ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to ___Debtor and Counsel for Debtor___

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

    6. A *Certification of Service* must be filed prior to the hearing date.

    7. Any objections to the motion/application identified above:

        ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

        ☒ may be presented orally at the hearing.

    8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

        ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                     Case No. 19-21672-ABA
Ronald Brodie                                                              Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1         Date Rcvd: Oct 03, 2019
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2019.
db             #+Ronald Brodie,    810 Joshua Court,    Moorestown, NJ 08057-3830
aty             +Kasen & Kasen,   1874 E Marlton Pike,    Cherry Hill, NJ 08003-2044

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2019 at the address(es) listed below:
              Daniel F. Corrigan     on behalf of Creditor    Noble Opportunity Fund II, LP
               dcorrigan@windelsmarx.com,    mslama@windelsmarx.com
              David A. Kasen     on behalf of Debtor Ronald   Brodie dkasen@kasenlaw.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              Joel R. Glucksman     on behalf of Creditor    Landmark IAM Growth Capital, LP jglucksman@sh-law.com,
               rjoyce@sh-law.com
              Joel R. Glucksman     on behalf of Creditor    Landmark Growth Capital Partners, LP
               jglucksman@sh-law.com,   rjoyce@sh-law.com
              John C. Kilgannon     on behalf of Creditor William R Smith jck@stevenslee.com
              John C. Kilgannon     on behalf of Creditor Stephanie   Smith jck@stevenslee.com
              Kevin Gordon McDonald     on behalf of Creditor     BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9