UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Jeffrey M. Sponder, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Email: jeffrey.m.sponder@usdoj.gov

In Re:

Ronald Brodie,

Debtor.

Order Filed on November 5, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 11

Case No. 19-21672 (ABA)

Hearing Date: November 5, 2019 at 10:00 a.m.

Judge: Andrew B. Altenburg Jr.

## ORDER CONVERTING CASE TO CHAPTER 7

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: November 5, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Ronald Brodie
Chapter 11 Case No.: 19-21672 (ABA)
**Order Converting Case to Chapter 7**

___

Upon consideration of the Motion of the Acting United States Trustee by and through counsel, for an Order Converting the Case to Chapter 7, and notice of the motion having been given to the Debtor, Debtor's counsel, and parties in interest, and the Court having found cause for the entry of the within Order, and the Court having further found that entry of the within Order is in the best interest of creditors and the bankruptcy estate, it is hereby:

**ORDERED** that the chapter 11 case of Ronald Brodie, case number 19-21672(ABA), is CONVERTED from chapter 11 to chapter 7; and it is further

**ORDERED** that within 14 days of the date of this Order the Debtor shall file:

- Amendments to previously filed schedules and statements as necessary,
- All schedules and statements required by 11 U.S.C. § 521(a), if such documents have not already been filed,
- A schedule of all property which was acquired after the commencement of the case, but before the entry of this Order,
- A schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the case, but before the entry of this Order,
- A schedule of unpaid debts incurred after the commencement of the case, but before the entry of this Order, and it is further;

**ORDERED** that the United States Trustee shall immediately appoint a chapter 7 trustee in this case; and it is further

**(Page 3)**
Ronald Brodie
Chapter 11 Case No.: 19-21672 (ABA)
**Order Converting Case to Chapter 7**
_____

**ORDERED** that the Debtor or chapter 11 trustee shall:

- Immediately turn over to the chapter 7 trustee, all records and property of the estate in his/her/its control,

- Within 120 days of the date of this order, file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed.