| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Ronald Brodie <br> First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–3854 |
| | | EIN: | _ _ – _ _ _ _ _ _ _ |
| Debtor 2: <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 11    6/11/19 |
| Case number: | 19–21672–ABA | Date case converted to chapter: | 7    11/5/19 |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Ronald Brodie | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 810 Joshua Court <br> Moorestown, NJ 08057 | |
| 4. | **Debtor's attorney** <br> Name and address | David A. Kasen <br> Kasen & Kasen <br> 1874 East Route 70, Suite 3 <br> Cherry Hill, NJ 08003 | Contact phone (856) 424–4144 |
| 5. | **Bankruptcy trustee** <br> Name and address | Brian Thomas <br> Brian Thomas, Esq <br> 327 Central Avenue <br> Suite 103 <br> Linwood, NJ 08221 | Contact phone (609) 601–6066 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 401 Market Street<br>Camden, NJ 08102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 856–361–2300<br><br>Date: 11/6/19 |
| **7.** **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **January 3, 2020 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, Room 2200, Camden, NJ 08101** |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 3/3/20** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

United States Bankruptcy Court
District of New Jersey

In re:                                             Case No. 19-21672-ABA
Ronald Brodie                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 2                Date Rcvd: Nov 06, 2019
                               Form ID: 309A            Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2019.
```
db             #+Ronald Brodie,    810 Joshua Court,    Moorestown, NJ 08057-3830
aty             +Kasen & Kasen,    1874 E Marlton Pike,    Cherry Hill, NJ 08003-2044
518296086       +2EE LLC,    2 Bala Plaza,    Suite 503,    Bala Cynwyd, PA 19004-1514
518296089       +AT & T Universal Card,    6716 Grade Lane,    Building 9, Suite 910,    Louisville, KY 40213-3410
518341069       +BANK OF AMERICA, N.A.,    KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,
                  Westmont, NJ 08108-2812
518296094      #+Credit Junction,    132 West 31st St.,    Suite 1301,    New York, NY 10001-3436
518296095       +Crider Avenue Properties, LLC,    360 Crider Ave.,    Moorestown, NJ 08057-1239
518296097       +Flaster Greenberg, P.C.,    Attn: Managing Member,    1810 Chapel Ave. West,
                  Cherry Hill, NJ 08002-4618
518296098        Ford Motor Credit,    P.O. Box 65057,    Dallas, TX 75265
518296100       +Landmark Growth Capital Partners LP,    Attn: President,    10 Mill Pond Lane,
                  Simsbury, CT 06070-2429
518296099       +Landmark Growth Capital Partners LP,    c/o Scarinci & Hollenback, LLC,    1100 Valley Brook Ave.,
                  Bo 790,    Lyndhurst, NJ 07071-3620
518296102       +Landmark Iam Growth Capital LP,    Attn: President,    10 Mill Pond Lane,
                  Simsbury, CT 06070-2429
518296101       +Landmark Iam Growth Capital LP,    c/o Scarinci & Hollenback LLC,    1100 Valley Brook Ave.,
                  Box 790,    Lyndhurst, NJ 07071-3620
518524591       +MidCap Funding XVII Trust,    c/o Midcap Financial Services-Servicer,
                  Attn: TCJ Servicing Manager,    7255 Woodmont Avenue, Suite 200,    Bethesda, MD 20814-7904
518296105      #+NW Sign Industries, Inc.,    360 Crider Ave.,    Moorestown, NJ 08057-1239
518296103       +Noble Opportunity Fund II L.P.,    c/o Windels Marx Lane & Mittendorf LLP,
                  Attn: Mark Slama, Esquire,    120 Albany Street Plaza,    New Brunswick, NJ 08901-2163
518296104       +Noble Opportunity Fund II L.P.,    Attn: President,    Suite 101,    1817 Old Homestead Lane,
                  Lancaster, PA 17601-6751
518296106      #+Patricia J. Brodie,    810 Joshua Court,    Moorestown, NJ 08057-3830
518296107       +SGF Credit Partners,    1541 Ocean Ave., Suite 200,    Santa Monica, CA 90401-2104
518411209      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                  PO Box 245,    Trenton, NJ 08695-0245)
518318224      #+William and Stephanie Smith,    401 Hawthorne Road,    Pittsburgh, PA 15209-1701
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: dkasen@kasenlaw.com Nov 06 2019 23:52:13     David A. Kasen,    Kasen & Kasen,
                  1874 East Route 70, Suite 3,    Cherry Hill, NJ  08003
tr             +EDI: QBTHOMAS.COM Nov 07 2019 04:18:00      Brian Thomas,    Brian Thomas, Esq,
                  327 Central Avenue,    Suite 103,    Linwood, NJ 08221-2026
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 06 2019 23:53:31     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 06 2019 23:53:28     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
518415655       EDI: GMACFS.COM Nov 07 2019 04:18:00     Ally Financial Lease Trust,    PO Box 130424,
                  Roseville MN 55113-0004
518296087      +EDI: RMSC.COM Nov 07 2019 04:18:00      Amazon Prime Store Card/Syncrony Bank,    P.O. Box 960013,
                  Orlando, FL 32896-0013
518296088      +EDI: AMEREXPR.COM Nov 07 2019 04:18:00      American Express,    P.O. Box 650448,
                  Dallas, TX 75265-0448
518322535       EDI: BECKLEE.COM Nov 07 2019 04:18:00      American Express National Bank,
                  c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
518296090      +EDI: BANKAMER.COM Nov 07 2019 04:18:00      Bank of America,    P.O. Box 31785,
                  Tampa, FL 33631-3785
518296091      +EDI: BANKAMER.COM Nov 07 2019 04:18:00      Bank of America,    P.O. Box 15019,
                  Wilmington, DE 19850-5019
518424842       EDI: BANKAMER.COM Nov 07 2019 04:18:00      Bank of America, N.A.,    PO Box 31785,
                  Tampa, FL 33631-3785
518296092      +EDI: BANKAMER2.COM Nov 07 2019 04:18:00      Bank of America, N.A.,
                  c/o Brian Moynihan, Chairman & CEO,    100 North Tryon Street,    NC1-007-56-11,
                  Charlotte, NC 28255-0001
518296093      +EDI: CAPITALONE.COM Nov 07 2019 04:18:00      Capital One,    6125 Lakeview Rd.,    Suite 800,
                  Charlotte, NC 28269-2605
518364818      +EDI: AIS.COM Nov 07 2019 04:18:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                  Oklahoma City, OK 73118-7901
518323368      +EDI: IRS.COM Nov 07 2019 04:18:00      Department of Treasury,    Internal Revenue Service,
                  P O Box 7346,    Philadelphia, PA 19101-7346
518296096      +EDI: DISCOVER.COM Nov 07 2019 04:18:00      Discover,    P.O. Box 6103,
                  Carol Stream, IL 60197-6103
518328293       EDI: DISCOVER.COM Nov 07 2019 04:18:00      Discover Bank,    Discover Products Inc,
                  PO Box 3025,    New Albany, OH  43054-3025
518410098       EDI: PRA.COM Nov 07 2019 04:18:00      Portfolio Recovery Associates, LLC,    c/o At&t,
                  POB 41067,    Norfolk VA 23541
```

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Nov 06, 2019
                              Form ID: 309A            Total Noticed: 41


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518298496       +EDI: RMSC.COM Nov 07 2019 04:18:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
518518756       +EDI: RMSC.COM Nov 07 2019 04:18:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk VA 23541-1021
                                                                                               TOTAL: 20

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518322536*        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                   Malvern  PA 19355-0701
518322537*        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                   Malvern  PA 19355-0701
518325434*        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                   Malvern  PA 19355-0701
518386387*        Internal Revenue Service,    PO Box 7346,   Philadelphia, PA   19101-7346
                                                                                     TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2019 at the address(es) listed below:
              Brian  Thomas    brian@brianthomaslaw.com,  bthomas@ecf.axosfs.com
              Daniel F. Corrigan    on behalf of Creditor    Noble Opportunity Fund II, LP
               dcorrigan@windelsmarx.com,  mslama@windelsmarx.com
              David A. Kasen    on behalf of Debtor Ronald  Brodie dkasen@kasenlaw.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              Joel R. Glucksman    on behalf of Creditor    Landmark IAM Growth Capital, LP jglucksman@sh-law.com,
               rjoyce@sh-law.com
              Joel R. Glucksman    on behalf of Creditor    Landmark Growth Capital Partners, LP
               jglucksman@sh-law.com,  rjoyce@sh-law.com
              John C. Kilgannon    on behalf of Creditor William R Smith jck@stevenslee.com
              John C. Kilgannon    on behalf of Creditor Stephanie  Smith jck@stevenslee.com
              Kevin Gordon McDonald    on behalf of Creditor    BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 11
```