UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Ronald Brodie

Case No.: _____19-21672_____

Chapter: _____7_____

Judge: _____ABA_____

---

### NOTICE OF PROPOSED ABANDONMENT

_____Brian S. Thomas_____, ___Chapter 7 Trustee___ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Mitchell H. Cohen US Courthouse<br>401 Market Street<br>Camden, NJ 08101 |

If an objection is filed, a hearing will be held before the Honorable _____Andrew B. Altenburg, Jr._____ on _____05/04/21_____ at ___10___ a.m. at the United States Bankruptcy Court, Courtroom no. ___4B___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| | |
|---|---|
| Description and value of property: | 717 Shore Drive (Jointly owned with wife)<br>Vero Beach, FL<br>Value $750,000.00 |

| | |
|---|---|
| Liens on property: | 2EE, LLC<br>$450,000.00 |

| | |
|---|---|
| Amount of equity claimed as exempt: | $50,300.00 |

Objections must be served on, and requests for additional information directed to:

Name: _____Brian S. Thomas, Chapter 7 Trustee_____

Address: _____327 Central Avenue, Suite 103, Linwood, NJ 08221_____

Telephone No.: _____609-601-6066_____

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 19-21672-ABA

Ronald Brodie                                                                                        Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                    User: admin                                                      Page 1 of 3

Date Rcvd: Mar 31, 2021                          Form ID: pdf905                                      Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2021:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Ronald Brodie, 20 Palmer Drive, Moorestown, NJ 08057-3874 |
| aty | + | Kasen & Kasen, 1874 E Marlton Pike, Cherry Hill, NJ 08003-2044 |
| cr | + | Landmark Growth Capital Partners, LP, c/o Joel R. Glucksman, Esq., Scarinci & Hollenbeck, LLC, 1100 Valley Brook Avenue, Scarinci & Hollenbeck, LLC, 1100 Valley Lyndhurst, NJ 07071-3620 |
| cr | + | Landmark IAM Growth Capital, LP, c/o Joel R. Glucksman, Esq., Scarinci & Hollenbeck, LLC, 1100 Valley Brook Avenue, Scarinci & Hollenbeck, LLC, 1100 Valley Lyndhurst, NJ 07071-3620 |
| cr | + | Noble Opportunity Fund II, LP, 1817 Olde Homestead Lane, Suite 101, Lancaster, PA 17601-6751 |
| r | + | Weichert Realtors, 202 W. Main Street, Moorestown, NJ 08057-2326 |
| 518296086 | + | 2EE LLC, 2 Bala Plaza, Suite 503, Bala Cynwyd, PA 19004-1514 |
| 518296088 | + | American Express, P.O. Box 650448, Dallas, TX 75265-0448 |
| 518322535 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518341069 | + | BANK OF AMERICA, N.A., KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518296091 | + | Bank of America, P.O. Box 15019, Wilmington, DE 19850-5019 |
| 518296090 | + | Bank of America, P.O. Box 31785, Tampa, FL 33631-3785 |
| 518424842 | | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 518296092 | + | Bank of America, N.A., c/o Brian Moynihan, Chairman & CEO, 100 North Tryon Street, NC1-007-56-11, Charlotte, NC 28255-0001 |
| 518296095 | + | Crider Avenue Properties, LLC, 360 Crider Ave., Moorestown, NJ 08057-1239 |
| 518296097 | + | Flaster Greenberg, P.C., Attn: Managing Member, 1810 Chapel Ave. West, Cherry Hill, NJ 08002-4618 |
| 518296098 | | Ford Motor Credit, P.O. Box 65057, Dallas, TX 75265 |
| 518664439 | + | IBEW Local 98 Benefit Funds, c/o Jewemy E. Meyer, Esquire, Cleary Josem & Trigiani, LLP, 325 Chestnut St., Suite 200, Philadelphia, PA 19106-2602 |
| 518296100 | + | Landmark Growth Capital Partners LP, Attn: President, 10 Mill Pond Lane, Simsbury, CT 06070-2429 |
| 518296099 | + | Landmark Growth Capital Partners LP, c/o Scarinci & Hollenback, LLC, 1100 Valley Brook Ave., Bo 790, Lyndhurst, NJ 07071-3620 |
| 518296102 | + | Landmark Iam Growth Capital LP, Attn: President, 10 Mill Pond Lane, Simsbury, CT 06070-2429 |
| 518296101 | + | Landmark Iam Growth Capital LP, c/o Scarinci & Hollenback LLC, 1100 Valley Brook Ave., Box 790, Lyndhurst, NJ 07071-3620 |
| 518731305 | + | M. Joseph Dickerson, Esquire, Heritage Law Group, 120 North Collins St.,Suite 201, Plant City, FL 33563-3318 |
| 518524591 | + | MidCap Funding XVII Trust, c/o Midcap Financial Services-Servicer, Attn: TCJ Servicing Manager, 7255 Woodmont Avenue, Suite 200, Bethesda, MD 20814-7904 |
| 518296104 | + | Noble Opportunity Fund II L.P., Attn: President, Suite 101, 1817 Old Homestead Lane, Lancaster, PA 17601-6751 |
| 518296103 | + | Noble Opportunity Fund II L.P., c/o Windels Marx Lane & Mittendorf LLP, Attn: Mark Slama, Esquire, 120 Albany Street Plaza, New Brunswick, NJ 08901-2163 |
| 518296107 | + | SGF Credit Partners, 1541 Ocean Ave., Suite 200, Santa Monica, CA 90401-2104 |
| 518411209 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518731304 | + | Tampa Service Company, Inc., d/b/a, Pacesetter Personnel Service, 3203 W. Alabama, Houston, TX 77098-1701 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | | |
| | | | Mar 31 2021 22:06:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | | |

District/off: 0312-1 | User: admin | Page 2 of 3
--- | --- | ---
Date Rcvd: Mar 31, 2021 | Form ID: pdf905 | Total Noticed: 43

| | | | |
|---|---|---|---|
| | | Mar 31 2021 22:06:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518296089 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 31 2021 23:01:16 | AT & T Universal Card, 6716 Grade Lane, Building 9, Suite 910, Louisville, KY 40213-3410 |
| 518415655 | Email/Text: ally@ebn.phinsolutions.com | Mar 31 2021 22:05:00 | Ally Financial Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 518296087 | + Email/PDF: gecsedi@recoverycorp.com | Mar 31 2021 23:31:23 | Amazon Prime Store Card/Syncrony Bank, P.O. Box 960013, Orlando, FL 32896-0013 |
| 518296093 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 31 2021 23:32:07 | Capital One, 6125 Lakeview Rd., Suite 800, Charlotte, NC 28269-2605 |
| 518364818 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 31 2021 23:16:59 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518323368 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 31 2021 22:06:00 | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 518296096 | + Email/Text: mrdiscen@discover.com | Mar 31 2021 22:05:00 | Discover, P.O. Box 6103, Carol Stream, IL 60197-6103 |
| 518328293 | Email/Text: mrdiscen@discover.com | Mar 31 2021 22:05:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518410098 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 31 2021 23:33:34 | Portfolio Recovery Associates, LLC, c/o At&t, POB 41067, Norfolk VA 23541 |
| 518518756 | + Email/PDF: gecsedi@recoverycorp.com | Mar 31 2021 23:31:22 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518298496 | + Email/PDF: gecsedi@recoverycorp.com | Mar 31 2021 23:14:55 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518685660 | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 31 2021 22:06:00 | United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518322536 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518322537 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518325434 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518386387 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518296094 | ##+ | Credit Junction, 132 West 31st St., Suite 1301, New York, NY 10001-3436 |
| 518296105 | ##+ | NW Sign Industries, Inc., 360 Crider Ave., Moorestown, NJ 08057-1239 |
| 518296106 | ##+ | Patricia J. Brodie, 810 Joshua Court, Moorestown, NJ 08057-3830 |
| 518318224 | ##+ | William and Stephanie Smith, 401 Hawthorne Road, Pittsburgh, PA 15209-1701 |

TOTAL: 0 Undeliverable, 4 Duplicate, 4 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0312-1            User: admin            Page 3 of 3
Date Rcvd: Mar 31, 2021            Form ID: pdf905            Total Noticed: 43

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2021            Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Thomas | on behalf of Trustee Brian Thomas brian@brianthomaslaw.com  bthomas@ecf.axosfs.com |
| Brian Thomas | brian@brianthomaslaw.com  bthomas@ecf.axosfs.com |
| Daniel F. Corrigan | on behalf of Creditor Noble Opportunity Fund II  LP dcorrigan@windelsmarx.com, mslama@windelsmarx.com |
| David A. Kasen | on behalf of Debtor Ronald Brodie dkasen@kasenlaw.com |
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov |
| Joel R. Glucksman | on behalf of Creditor Landmark IAM Growth Capital  LP jglucksman@sh-law.com, rjoyce@sh-law.com |
| Joel R. Glucksman | on behalf of Creditor Landmark Growth Capital Partners  LP jglucksman@sh-law.com, rjoyce@sh-law.com |
| John C. Kilgannon | on behalf of Creditor William R Smith jck@stevenslee.com |
| John C. Kilgannon | on behalf of Creditor Stephanie Smith jck@stevenslee.com |
| Kevin Gordon McDonald | on behalf of Creditor BANK OF AMERICA  N.A. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12